. No. 660.  FIRST NATIONAL BANK OF CASSELTON, NORTH DAKOTA, *v.* FRANK M. SMITH.  January 17, 1921.  Peti-

tion for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Matthew W. Murphy* and *Mr. Thomas Sterling* for petitioner. No appearance for respondent.